512 A.2d 1187

**John K. BERRY, Sr., Administrator of the Estate of John K. Berry, Jr., Deceased and John K. Berry, Sr., in His Own Right,**

**v.**

**Cortland Orvel TITUS, Jr. and West Caln Township.**

Supreme Court of Pennsylvania.

Aug. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 95 E.D. Appeal Docket 1986.